UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ADVOCACY CENTER and W.B., through his mother and next friend Charrie Butler,<br><br>PLAINTIFFS,<br><br>- AGAINST -<br><br>LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS, ALAN LEVINE, MARK ANDERS, and MICHELLE DUNCAN, in their official capacities,<br><br>DEFENDANTS. | CIVIL ACTION NO.: 10-1088<br><br>JUDGE: Vance<br><br>MAGISTRATE JUDGE: 3 |

### ORDER

Considering Plaintiffs' Motion for Admission of Emily C. Lee As Visiting Attorney, *Pro Hac Vice*, along with supporting documentation, and the Court being satisfied from the pleadings that Ms. Lee has met all qualifications for admission *pro hac vice*;

IT IS ORDERED that Emily C. Lee be and is hereby admitted *pro hac vice* as trial counsel in the above-captioned matter.

New Orleans, Louisiana, this 20th day of April 2010.

_____
DISTRICT COURT JUDGE