UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ADVOCACY CENTER FOR THE ELDERLY          CIVIL ACTION
AND DISABLED, ET AL.


VERSUS                                   NO. 10-1088


LOUISIANA DEPARTMENT OF HEALTH           SECTION R
AND HOSPITALS, ET AL.


**ORDER**

    The Court held a status conference in this matter on May 6, 2010.  During this conference the parties discussed the existence of a list of patients awaiting transfer to the Feliciana Forensic Facility.  The Court, in its minute entry, ordered the parties to draft a consent protective order concerning the conditions under which the list may be used and the persons who may have access to it.  It has come to the Court's attention that defendants object to the production of the list and have not filed any consent protective order.

    IT IS THEREFORE ORDERED that defendants shall, by **5:00 p.m.** on **Thursday, May 20, 2010**, file a memorandum into the record outlining the basis of their objections to the production of the unredacted copy of the list.

    IT IS FURTHER ORDERED that defendants shall submit an unredacted, complete, and up-to-date copy of the list to the Court for *in camera* review.  This copy shall, by **5:00 p.m.** on

**Wednesday, May 19, 2010**, be emailed in pdf format to both

    **efile-vance@laed.uscourts.gov** and

    **kyle_reynolds@laed.uscourts.gov**.

    This Order will be served on counsel for defendants via email.

New Orleans, Louisiana, this ____19th____ day of May, 2010.

_____

**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**