UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ADVOCACY CENTER and W.B., through his mother and next friend Charrie Butler | PLAINTIFFS |
| VS. | CIVIL ACTION NO. 2:10-cv-01088 |
| LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS, ALAN LEVINE, MARK ANDERS, and MICHELLE DUNCAN, in their official capacities | DEFENDANTS |

********************************************************************

### NOTICE OF HEARING

Please take notice that Defendants' Motion to Dismiss will be brought before the Honorable Sarah S. Vance on June 22, 2010 at 10:00 a.m., at the United States District Court, Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana.

_/s/ signature_

Stephen R. Russo (#23284)
Neal R. Elliott, Jr. (#24084)
Adrienne T. Bordelon (#25579)
Stephen R. Russo (#23284)
Louisiana Department of Health and Hospitals
Bureau of Legal Services
628 N. 4th Street, Bienville Building
P.O. Box 3836
Baton Rouge, Louisiana 70821-3836
Telephone: (225) 342-1103
Facsimile: (225) 342-2232
Email: adrienne.bordelon@la.gov
       neal.elliott@la.gov
       stephen.russo@la.gov