UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ADVOCACY CENTER and W.B., through his mother and next friend Charrie Butler,<br><br>PLAINTIFFS,<br><br>- AGAINST -<br><br>LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS, ALAN LEVINE, MARK ANDERS, and MICHELLE DUNCAN, in their official capacities,<br><br>DEFENDANTS. | CIVIL ACTION NO.: 10-1088<br><br>JUDGE: Vance<br><br>MAGISTRATE JUDGE: 3 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Plaintiffs' Motion for Preliminary Injunction, filed on May 27, 2010, will be heard on Tuesday, June 22, 2010 at 10:00 a.m. before Judge Sarah Vance, in the courtroom normally occupied by her in the U.S. District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130, or in such other place as she shall designate.

K&E 16907636.1

Respectfully submitted,

<table>
<tr><td>

**Katie Schwartzmann, Bar No. 30295**
**Barry Gerharz, Bar No. 29207**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF LOUISIANA
P.O. Box 56157
New Orleans, LA 70156
Telephone: (504) 592–8056
Facsimile: (888) 534–2996
E-mail: kschwartzmann@laaclu.org
E-mail: bgerharz@laaclu.org

**Nell Hahn, Bar Number 22406**
**Koki Otero, Bar Number 29372**
**Miranda Tait, Bar Number 28898**
ADVOCACY CENTER OF LOUISIANA
600 Jefferson Street, Suite 812
Lafayette, LA 70501
Telephone: (337) 237–7380
Facsimile: (337) 237–0486
E-mail: nhah@advocacyla.org
E-mail: kotero@advocacyla.org
E-mail: mtait@advocacyla.org
Dated:   May 27, 2010

</td><td>

/s/ Marjorie Press Lindblom
**Marjorie Press Lindblom***
**Adam T. Humann***
**Maura M. Klugman***
**Emily Lee***
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022–4611
Telephone: (212) 446–4800
Facsimile: (212) 446–4900
E-mail: marjorie.lindblom@kirkland.com
E-mail: adam.humann@kirkland.com
E-mail: maura.klugman@kirkland.com
E-mail: emily.lee@kirkland.com
*\*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

</td></tr>
</table>