UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ADVOCACY CENTER and W.B., through his mother and next friend Charrie Butler | PLAINTIFFS |
| VS. | CIVIL ACTION NO. 2:10-cv-01088 |
| LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS, ALAN LEVINE, MARK ANDERS, and MICHELLE DUNCAN, in their official capacities | DEFENDANTS |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO SUBSTITUTE COUNSEL, ENROLL AS COUNSEL OF RECORD AND DESIGNATE NEW TRIAL ATTORNEY

Defendants, the Louisiana Department of Health and Hospitals and Alan Levine, Mark Anders and Michelle Duncan, in their official capacities, move that this Court enter an order substituting and allowing Neal R. Elliott, Jr., Adrienne T. Bordelon and Stephen R. Russo to enroll as counsel on behalf of Defendants in the above captioned matter and further allowing Fernin F. Eaton to withdraw as counsel on behalf of Defendants in the above captioned matter. Adrienne T. Bordelon will now serve as the designated trial attorney.

WHEREFORE, Defendants pray that the foregoing motion be granted, and that Neal R. Elliott, Jr., Adrienne T. Bordelon and Stephen R. Russo be permitted to enroll as counsel on behalf of Defendants in the above captioned matter and further allow Fernin F. Eaton to withdraw as counsel on behalf of Defendants in the above captioned matter and Adrienne T. Bordelon be designated as trial attorney.

Respectfully submitted:

/s/ Fernin F. Eaton; /s/ Stephen R. Russo
Fernin F. Eaton (#05259)
Stephen R. Russo (#23284)
Neal R. Elliott, Jr. (#24084)
Adrienne T. Bordelon (#25579)
Louisiana Department of Health and Hospitals
Bureau of Legal Services
628 N. 4th Street, Bienville Building
P.O. Box 3836
Baton Rouge, Louisiana 70821-3836
Telephone: (225) 342-1103
Facsimile: (225) 342-2232
Email: adrienne.bordelon@la.gov
         neal.elliott@la.gov
         stephen.russo@la.gov
         fernin.eaton@la.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 27, 2010, I electronically filed the foregoing Motion and accompanying Order with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

_____
NEAL R. ELLIOTT, JR.