UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ADVOCACY CENTER and W.B., through his mother and next friend Charrie Butler | PLAINTIFFS |
| VS. | CIVIL ACTION NO. 2:10-cv-01088 |
| LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS, ALAN LEVINE, MARK ANDERS, and MICHELLE DUNCAN, in their official capacities | DEFENDANTS |

**************************************************************************

## ORDER

IT IS HEREBY ORDERED that **Neal R. Elliott, Jr., Adrienne T. Bordelon** and **Stephen R. Russo** may enroll as counsel for Defendants, Department of Health and Hospitals and Alan Levine, Mark Anders and Michelle Duncan, in their official capacities, that Fernin F. Eaton be withdrawn as counsel of record for Defendants, Department of Health and Hospitals and Alan Levine, Mark Anders and Michelle Duncan, in their official capacities, and that Adrienne T. Bordelon be designated as Trial Attorney.

THUS DONE AND SIGNED at New Orleans, Louisiana, on this _____ day of May, 2010.

_____
U.S. DISTRICT JUDGE/MAGISTRATE JUDGE