UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ADVOCACY CENTER and W.B., through his mother and next friend Charrie Butler,<br><br>PLAINTIFFS,<br><br>- AGAINST -<br><br>LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS, ALAN LEVINE, MARK ANDERS, and MICHELLE DUNCAN, in their official capacities,<br><br>DEFENDANTS. | 2:10-cv-01088-SSV-DEK<br><br>**JOINT MOTION FOR CONSENT PROTECTIVE ORDER** |

THE PARTIES HEREBY MOVE, by and through the undersigned attorneys, for a consent protective order ("Order") concerning the complete and unredacted copy of the current patient waiting list (an earlier, redacted, version of which was provided to the Advocacy Center on October 22, 2009 by the Louisiana Department of Health and Hospitals). Plaintiffs agree that the unredacted patient waiting list shall be used solely in connection with the above-captioned matter and related proceedings, unless otherwise permitted by the Court.

Dated:   May 27, 2010

| | |
|---|---|
| **Katie Schwartzmann, Bar No. 30295**<br>**Barry Gerharz, Bar No. 29207**<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF LOUISIANA<br>P.O. Box 56157<br>New Orleans, LA 70156<br>Telephone: (504) 592–8056<br>Facsimile: (888) 534–2996<br>E-mail: kschwartzmann@laaclu.org<br>E-mail: bgerharz@laaclu.org<br><br>**Nell Hahn, Bar Number 22406**<br>**Koki Otero, Bar Number 29372**<br>**Miranda Tait, Bar Number 28898**<br>ADVOCACY CENTER OF LOUISIANA<br>600 Jefferson Street, Suite 812<br>Lafayette, LA 70501<br>Telephone: (337) 237–7380<br>Facsimile: (337) 237–0486<br>E-mail: nhah@advocacyla.org<br>E-mail: kotero@advocacyla.org<br>E-mail: mtait@advocacyla.org | /s/ Marjorie Press Lindblom<br>**Marjorie Press Lindblom***<br>**Adam T. Humann***<br>**Maura M. Klugman***<br>**Emily Lee***<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022–4611<br>Telephone: (212) 446–4800<br>Facsimile: (212) 446–4900<br>E-mail: marjorie.lindblom@kirkland.com<br>E-mail: adam.humann@kirkland.com<br>E-mail: maura.klugman@kirkland.com<br>E-mail: emily.lee@kirkland.com<br>*Admitted Pro Hac Vice<br><br>*Attorneys for Plaintiffs* |

By:  /s/ Neal R. Elliott, Jr.
   Neal R. Elliott, Jr.
   LOUISIANA DEPARTMENT OF HEALTH
      AND HOSPITALS
   P.O. BOX 3836
   Baton Rouge, LA 708213836
   Telephone: (225) 342-1105
   E-mail: Neal.Elliott@la.gov

*Attorney for Defendants*