UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ADVOCACY CENTER and W.B., through his mother and next friend Charrie Butler,<br>　　　　　　　　　PLAINTIFFS | CIVIL ACTION<br><br>NO. 2:10-cv-01088 |
| VS. | JUDGE: VANCE |
| LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS, ALAN LEVINE, MARK ANDERS, and MICHELLE DUNCAN, in their official capacities<br>　　　　　　　　　DEFENDANTS | MAGISTRATE JUDGE 3 |

## **DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby give this 10th day of August, 2010, that Defendants, Alan Levine[1], Mark Anders and Michelle Duncan, in their official capacities, hereby appeal to the United States Court of Appeals for the Fifth Circuit, from the Orders of this Court granting Plaintiffs' Motion for Preliminary Injunction entered in this action on August 9, 2010 [Docket Nos. 57 and 58]

Dated: August 10, 2010

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ *Adrienne T. Bordelon*
　　　　　　　　　　　　　　　　　　　　　Adrienne T. Bordelon (#25579)
　　　　　　　　　　　　　　　　　　　　　Neal Elliott (# 24084)
　　　　　　　　　　　　　　　　　　　　　Douglas Cade (# 22747)
　　　　　　　　　　　　　　　　　　　　　Louisiana Department of Health and Hospitals
　　　　　　　　　　　　　　　　　　　　　Bureau of Legal Services
　　　　　　　　　　　　　　　　　　　　　628 N. 4th Street
　　　　　　　　　　　　　　　　　　　　　P.O. Box 3836
　　　　　　　　　　　　　　　　　　　　　Baton Rouge, Louisiana 70821-3836
　　　　　　　　　　　　　　　　　　　　　Telephone: (225) 342-1103
　　　　　　　　　　　　　　　　　　　　　Facsimile: (225) 342-2232
　　　　　　　　　　　　　　　　　　　　　Adrienne.bordelon@la.gov

---

[1] Alan Levine resigned as Secretary of Louisiana Department of Health and Hospitals effective August 1, 2010. Anthony Keck is the interim Secretary until September 13, 2010, when Bruce Greenstein becomes Secretary of Louisiana Department of Health and Hospitals by appointment of Governor Bobby Jindal.

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2010, I caused a copy of the foregoing to be served through the Court's CM/ECF System to all parties.

/s/*Adrienne T. Bordelon*
Adrienne T. Bordelon
Attorney for Defendants